# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-235-NJK |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| EVYN CALVERLEY, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby requests to dismiss Information filed on October 31, 2022 charging EVYN CALVERLEY.

DATED this 15th day of August 2023.

JASON M. FRIERSON
United States Attorney

IMANI DIXON
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 16th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE